FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JUN 26 PM 4 14

STEPHAN HARRIS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No.08CR07-S |
| RICHARD JOHN RECTOR, ) | |
| Defendant. ) | |

## ORDER REVOKING DEFENDANT'S SUPERVISED RELEASE

The above -captioned matter came before the Court on June 25, 2014, pursuant to a Petition for Warrant for Offender Under Supervision. The Defendant having admitted the allegations contained in the Petition. The Court hereby FINDS AND ORDERS:

The Defendant to be in material violation of the terms and conditions of supervision, therefore the Defendant's supervised release is hereby revoked. The Defendant is hereby sentenced to a term of (9) months imprisonment and shall be placed on supervised release for life with the following special conditions;

> The defendant shall begin supervised release at a Residential Re-Entry Center (RRC) in the District of Wyoming and remain there for a term of between 60 and 120 days. He shall follow all program rules and regulations. After 60 days and upon establishing a suitable residence approved by the U.S. Probation Officer, he may be released from the RRC.

> The defendant shall be submitted for a psychological/mental health evaluation while in the custody of the Bureau of Prisons.

All previous terms and conditions previously ordered to remain in full force and effect and are incorporated by reference herein.

Dated this 26th day of June, 2014.

_____
Scott W. Skavdahl
U.S. District Judge